# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. 23 Mag. 6330                                      Date: November 1, 2023

USAO No. 2023R00629

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint        ☐ Removal Proceedings   in

*United States v. Christopher Carrington White*

The Complaint was filed on September 7, 2023.

✓ U.S. Marshals please withdraw warrant

**SARAH LAI**
Digitally signed by SARAH LAI
Date: 2023.11.01 15:18:04 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: November 2, 2023

*/s/ Gary Stein*

UNITED STATES MAGISTRATE JUDGE